UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


CRAIG DOWLING,

    Plaintiff,

v.                                               3:07-cv-163

TIM HUTCHISON, et al.,

    Defendants.


## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.


    **E N T E R:**

                                                    s/ Thomas W. Phillips
                                                      United States District Judge


ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT