UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| CRAIG DOWLING | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No. 3:07-cv-163 |
| | ) | *Phillips* |
| STEVE KLEMENT, et al. | ) | |
| *Defendants*. | ) | |

## **O R D E R**

In accordance with the accompanying Memorandum, the motion for summary judgment filed by Officer Hill will be **GRANTED**; the motion for summary judgment filed by the defendants in their official capacity will be **GRANTED**; the motion for partial summary judgment filed by Steve Klement in his individual capacity will be **GRANTED**; the motion for partial summary judgment filed by plaintiff Dowling will be **DENIED**; and the motion for partial summary judgment filed by Officer Brown, Lt. Cox, and Officer Hurst in their individual capacity will be **GRANTED IN PART** and **DENIED IN PART**: the motion will be **GRANTED** as to Lt. Cox and Officer Hurst, and will be **DENIED** as to Officer Brown.

**ENTER:**

                                                    s/ Thomas W. Phillips
                                                    United States District Judge