UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


CRAIG DOWLING,

      Plaintiff,

v.                                        3:07-cv-163


ADAM BROWN,

      Defendant.


**O R D E R**


      Defendant Adam Brown has appealed the court's denial of his motion for summary

judgment based upon qualified immunity, and has filed a motion to stay proceedings pending

that appeal. The motion to stay [Court File No. 197] is **GRANTED** and this action is

**STAYED** pending disposition of the interlocutory appeal.


      **ENTER:**

                                          s/ Thomas W. Phillips
                                      United States District Judge